# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 27, 2013

145612-3 & (147)
145622-3

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

MEGAN SMITH, NICOLE KELLY,
ROSHAWNDA WILLIAMS, and NICOLE
JOHNSON,
      Plaintiffs-Appellees,

v

DEPARTMENT OF HUMAN SERVICES
DIRECTOR,
      Defendant-Appellant.

SC: 145612-3
COA: 309447, 309894
Genesee CC: 11-097052-CZ

_____/

MEGAN SMITH, NICOLE KELLY,
ROSHAWNDA WILLIAMS, and NICOLE
JOHNSON,
      Plaintiffs-Appellants,

v

DEPARTMENT OF HUMAN SERVICES
DIRECTOR,
      Defendant-Appellee.

SC: 145622-3
COA: 309447, 309894
Genesee CC: 11-097052-CZ

_____/

By order of January 25, 2013, the parties were directed to file supplemental briefs. In lieu of supplemental briefs, the parties have filed a joint motion to vacate the Court of Appeals decision and dismiss the applications for leave to appeal. On order of the Court, the motion is GRANTED in part, and the applications for leave to appeal are DISMISSED with prejudice and without costs, and the Court of Appeals opinion at 296 Mich App 148 (2012) is VACATED as moot.

MCCORMACK, J., not participating.

VIVIANO, J., not participating.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 27, 2013

_____
Clerk

t0320